# United States Court of Appeals for the Federal Circuit

---

February 9. 2012
**ERRATA**

---

2011-1182, -1183, -1184, -1185, -1186, -1187, -1188, -1189, -1190

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA AB, IPR PHARMACEUTICALS INC.,
and THE BRIGHAM AND WOMEN'S HOSPITAL, INC.,

Plaintiffs-Appellants,

v.

APOTEX CORP.,

Defendant-Appellee,

and

AUROBINDO PHARMA LIMITED,

Defendant-Appellee,

and

COBALT PHARMACEUTICALS INC.
and COBALT LABORATORIES INC.,

Defendants-Appellees,

and

GLENMARK GENERICS INC. USA,

Defendant-Appellee,

and

MYLAN PHARMACEUTICALS INC.,

Defendant-Appellee,

and

PAR PHARMACEUTICALS, INC.,

Defendant-Appellee,

and

SUN PHARMACEUTICAL INDUSTRIES, LTD.,

Defendant-Appellee,

and

TEVA PHARMACEUTICALS USA, INC.,

Defendant-Appellee,

and

TORRENT PHARMA INC. and
TORRENT PHARMACEUTICALS LTD.,

Defendants.
————————————

Decided: February 24, 2012
Precedential Opinion
————————————

Please make the following change:

Page 3, correction of

 Shane A. Brunner, Mechant & Gould, P.C. of Madison, Wisconsin, argued for defendant-appellee "Aurobindo Pharma Limited"

H. Ketto Sabharwal to "H. Keeto Sabharwal"